United States District Court
Southern District of Texas
**ENTERED**
March 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SHINTECH INCORPORATED, | § § § | |
| Plaintiff. | § § | |
| V. | § § | 3:23-cv-112 |
| OLIN CORPORATION, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On July 19, 2024, the court referred all pretrial matters in this case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 315. Judge Edison filed a memorandum and recommendation on January 31, 2025, recommending the court deny the plaintiff's partial motion to dismiss. Dkts. 298, 299, 413.

On February 14, 2025, the plaintiff filed its objections to the memorandum and recommendation. Dkt. 423. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in

whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation, Dkt. 413, is approved and adopted in its entirety as the holding of the court; and

(2) The plaintiff Shintech Incorporated's partial motion to dismiss, Dkts. 298, 299, is denied.

Signed on Galveston Island this 4th day of March, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE