United States District Court
Southern District of Texas
**ENTERED**
December 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SHINTECH INCORPORATED, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-112 |
| OLIN CORPORATION, et al., | § § § | |
| Defendants. | § | |

## **ORDER**

The court has considered the joint motion for a pretrial conference. Dkt. 728. The court grants the motion.

A pretrial conference is set for Thursday, January 15, 2026, at 10:30 am.

Signed on Galveston Island this 15th day of December, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE