United States District Court
Southern District of Texas
**ENTERED**
December 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SHINTECH INCORPORATED, | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | 3:23-cv-112 |
| OLIN CORPORATION, *et al.*, | | |
| Defendants. | | |

## **ORDER**

Before the court are Shintech's motion for leave to file its supplement to motions in limine, Dkt. 723, and the defendants' motion for leave to file its supplemental motion in limine, Dkt. 725. Neither motion is opposed, except the defendants oppose Shintech's proposed briefing schedule. Dkts. 723 at 3–4; 724; 725 at 5.

Having considered the parties' arguments and finding good cause, the court grants both motions. Dkts. 723, 725. However, the court does not grant Shintech's request for expedited briefing. Given the upcoming holidays and the unavailability of counsel on both sides, the court orders all parties to file their responses to these supplemental motions in limine on January 7, 2026. *See* Dkts. 720, 724. Also given the impending trial date, the court will not accept reply briefing in support of these supplemental motions.

The court orders the clerk to file Shintech's supplement to its motions in limine, Dkt. 723-1, and the defendants' motion in limine to exclude all references to "Olin's business model" and "activations," Dkt. 725-1.

Signed on Galveston Island this 15th day of December, 2025.

                                          JEFFREY VINCENT BROWN
                                          UNITED STATES DISTRICT JUDGE