**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| SHINTECH INCORPORATED, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 3:23-cv-112 |
| | § | |
| v. | § | |
| | § | |
| OLIN CORPORATION | § | |
| and BLUE CUBE OPERATIONS LLC, | § | |
| | § | |
| *Defendants.* | § | |

**JOINT NOTICE REGARDING ADDITIONAL PAYMENTS**

Pursuant to the parties' January 14, 2026, Stipulation on Shintech's Count II(C) and Related Claims, Defendants agreed to pay Shintech $92,881,683.35 ("Principal Payment") in satisfaction for the Price Adjustment Claim through September 2025. Dkt. 814. The Principal Payment did not satisfy Shintech's remaining damages for prejudgment interest, recoverable costs, and reasonable attorneys' fees. *Id.*; *see also* Dkts. 867, 869. Defendants agreed to make the Principal Payment over six equal monthly installments, with the first installment paid on or before January 23, 2026 and subsequent installments to be made on February 23, 2026; March 23, 2026; April 23, 2026; May 23, 2026; and June 23, 2026.

Defendants made the January and February 2026 payments, and Shintech's Motion for Entry of Final Judgment and proposed Final Judgment accounted for those payments. After Shintech filed its Motion for Entry of Final Judgment (Dkts.

867, 869), Defendants made the March 2026 payment, and Shintech anticipates that Defendants will make the agreed upon April 2026 payment. Following that payment, Shintech will file an amended proposed Final Judgment accounting for those payments and an amended Exhibit C, reflecting the revised damages and interest calculation. The parties will not submit further briefing with respect to the revised damages and interest calculations; however, Shintech will further amend Exhibit C to reflect May 23, 2023 and/or June 23, 2023 payments, if made prior to entry of Final Judgment.

April 22, 2026

Respectfully submitted,

By:    */s/ David W. Salton*
David W. Salton
**Attorney in Charge**
State Bar No. 24062982
Southern District ID: 922955
dsalton@porterhedges.com
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6711
Facsimile: (713) 226-6311

**Attorney for Plaintiff Shintech Incorporated**

**OF COUNSEL**

Stephanie L. Holcombe
State Bar No. 24069939
Southern District ID: 1074764
sholcombe@porterhedges.com
Telephone: (713) 226-6604

Jonathan M. Pierce
State Bar No. 24027744
Southern District ID: 23801
jpierce@porterhedges.com
Telephone: (713) 226-6694

Sean M. McChristian
State Bar No. 24067751
Southern District ID 1017416
smcchristian@porterhedges.com
Telephone: (713) 226-6632

Jonna Summers
State Bar No. 24060649
Southern District ID: 1338601
jsummers@porterhedges.com
Telephone: (713) 226-6740

Jamie L. Godsey
State Bar No. 24097741
Southern District ID: 2771744
jgodsey@porterhedges.com
Telephone: (713) 226-6752

Elizabeth F. Eoff
State Bar No. 24095062
Southern District ID: 2951585
leoff@porterhedges.com
Telephone: (713) 226-6732

Elliott J. Deese
State Bar No. 24121423
Southern District ID: 3723396
edeese@porterhedges.com
Telephone: (713) 226-6620

Christopher G. Wawro
State Bar No. 24121194
Southern District ID: 3617788
cwawro@porterhedges.com
Telephone: (713) 226-6713
**PORTER HEDGES LLP**

Sharon McCally
Texas Bar No. 13356100
Southern District ID: 324660
smccally@andrewsmyers.com

Andrew B. Bender
Texas Bar No. 24084290
Federal Bar No. 2319228
abender@andrewsmyers.com
**ANDREWS MYERS P.C.**
1885 Saint James Place, 15th Floor
Houston, Texas 77056
Telephone: (713) 850-4200

Fred D. Raschke
Texas Bar No. 16551450
Southern District ID: 7123
fraschke@millsshirley.com
**MILLS SHIRLEY L.L.P.**
2200 Market St., STE 300
Galveston, TX 77550
Telephone: (409) 761-4028

*Attorneys for Plaintiff Shintech
Incorporated*

## CERTIFICATE OF SERVICE

I certify that a copy of this filing has been served via ECF on all counsel of record and also sent via email on this 22nd day of April 2026.

By: */s/ David W. Salton*
David W. Salton
***Attorney in Charge***
State Bar No. 24062982
Southern District ID: 922955
dsalton@porterhedges.com
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6711
Facsimile: (713) 226-6311

***Attorney for Plaintiff Shintech Incorporated***

4